

APR 15 2011



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

MICHAEL COSTELLO, plft  vs.  TAMMY DELORME, et. al.,

**EMERGENCY
RESTRAINING
ORDER
FEDERAL QUESTION
INVOLVED**

**Plaintiff Seeks restraining order from summons order compelling:**

Court Date: April 15th, 2011   time 3:00p
Washington County Family Court Hex room
Ft. Edward, NY    Hon. D. Clark, Jr.

**11 -CV- 0417**

Until such time as arguments may be heard

DNH / RFT

ORDER IS HEREBY ~~GRANTED~~ / DENIED

DATED: 4-15-11  Time: 3:24 p.m

BY ORDER OF HON: _David N. Hurd_
U.S. District Court NDNY

Arguments to be heard:

    Hon:

    When:

    Where:

CONTACT NUMBERS:
| | |
|---|---|
| WC DSS ADMININSTRATION FAX | 518-746-2355 |
| WC FAMILY COURT CLERK  FAX | 518-746-2503 |
| SARA CHASE for Washington County and   Andrea Dupuis   FAX | 518-746-2137 |
| MICHAEL COSTELLO pltf | 518-677-8953 |
| NDNY Court Clerk | 518-257-1800 |