U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 9 - 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Albany

Hon. Randolph F. Treece
Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 314
Albany, NY 12207
VIA FACSIMILE *518.257.1841*

May 6, 2011

Re: *Costello v. Delorme, et.al.*
11-CV-0417

Dear Magistrate Judge Treece,

I am requesting an extension of time to file my complaint. Counsel should be assigned in NYS Family Court within 60 days. I would like to like to confer with counsel and review the form of the complaint prior to filing. I would think 120 days would suffice.

I also have a question as to if your Order dated April 19, 2011 bars me from refiling another civil action within the 3 year statute of limitations against the same parties with the same complaints.

Thank you for your attention to this matter.

Respectfully,

Michael Costello
31 Johnson Road
Cambridge, NY 12816
518.677.8953